BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROLYN WATTS, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 1:11-CV-01331-SKO <br><br> STIPULATION AND ORDER FOR <br> THE AWARD OF ATTORNEY FEES PURSUANT <br> TO THE EQUAL ACCESS TO JUSTICE ACT, <br> 28 U.S.C. § 2412(d), AND COSTS PURSUANT <br> TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of ONE THOUSAND FOUR HUNDRED TWENTY-SIX dollars and 66 cents ($1,426.66), and costs in the amount of THREE HUNDRED FIFTY dollars and 0 cents ($350.00) pursuant to 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412 and 1920.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

EAJA attorney fees and expenses in connection with this action.

    Following the issuance of an order by the Court, the United States Department of the Treasury will determine whether Plaintiff owes a government debt and take appropriate action according to its own statutes and regulations, as permitted by Astrue v. Ratliff, 130 S.Ct. 2521 (2010). If no debt is owed, then the Government will accept Plaintiff's assignment of EAJA fees and make the check payable to Robert Christenson, counsel for Plaintiff.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

    Respectfully submitted July 25, 2012.

                                       Respectfully submitted,

Dated: July 25, 2012          */s/ Robert Christenson*
                                       (As authorized via email)
                                       ROBERT CHRISTENSON
                                       Attorney for Plaintiff

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Date: July 25, 2012           By *s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant U. S. Attorney

                                       Attorneys for Defendant Michael J. Astrue

**ORDER**

    PURSUANT TO ABOVE STIPULATION for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of ONE THOUSAND FOUR HUNDRED TWENTY-SIX dollars and 66 cents

($1,426.66), and costs in the amount of THREE HUNDRED FIFTY dollars and 0 cents ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

IT IS SO ORDERED.

**Dated:   July 26, 2012**                             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE